IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS

COMPLAINT PURSUANT TO 28 U.S.C. § 1331
United States District Court
for the Northern District of Illinois

FILED
MAR 1 4 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

Domingo Cueto Estrada, ]
    *Plaintiff*. ]
    ]
v. ]    Motion For Permission to Appeal
    ]    In Forma Pauperis
Ruth Dorochoff, Chicago District Director, ]
U.S. Citizenship and Immigration Services; ]    Case No. ____
Michael Chertoff, Secretary, ]
Department of Homeland Security; and ]
Emilio T. Gonzales, Director, ]
U.S. Citizenship and Immigration Services, ]
    *Defendants*. ]

08 C 50042

    Domingo Cueto Estrada, the Plaintiff, hereby petitions the court to allow him to file his complaint in forma pauperis. In support of this motion the Plaintiff hereby states,

1. The Plaintiff, Domingo Cueto Estrada, has been in the custody of the Department of Homeland Security ("DHS") since approximately January of 2006.
2. While in DHS custody, the Plaintiff has been unable to work or have any meaningful income.
3. The Plaintiff does not have any other means by which to provide the filing fee.
4. Plaintiff believes his arguments have merit.

Wherefore, because the $350.00 filing fee represents an undue hardship on the Plaintiff, he respectfully requests the ability to file this Complaint in forma pauperis.

Respectfully Submitted:                    Date: March 14, 2008

   /s/ Melville W. Washburn
Melville W. Washburn
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-2070 (telephone)
(312) 853-7036 (fax)

10/10/2007

UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

IN FORMA PAUPERIS APPLICATION
AND
FINANCIAL AFFIDAVIT

__Cueto Estrada__
Plaintiff

v.

__Dorochoff__
Defendant(s)

CASE NUMBER _____

JUDGE _____

*Wherever ☐ is included, please place an X into whichever box applies. Wherever the answer to any question requires more information than the space that is provided, attach one or more pages that refer to each such question number and provide the additional information. Please PRINT:*

I, __Domingo Cueto Estrada__, declare that I am the ☒plaintiff ☐petitioner ☐movant (other __50657__) in the above-entitled case. This affidavit constitutes my application ☒ to proceed without full prepayment of fees, or ☐ in support of my motion for appointment of counsel, or ☐ both. I also declare that I am unable to pay the costs of these proceedings, and that I am entitled to the relief sought in the complaint/petition/motion/appeal. In support of this petition/application/motion/appeal, I answer the following questions under penalty of perjury:

1. Are you currently incarcerated?    ☒Yes    ☐No    (If "No," go to Question 2)
   I.D. # _____ Name of prison or jail: __McHenry County Jail__
   Do you receive any payment from the institution? ☐Yes ☒No  Monthly amount: _____

2. Are you currently employed?    ☐Yes    ☒No
   Monthly salary or wages: _____
   Name and address of employer: _____

   a. If the answer is "No":
      Date of last employment: __1998 - 10/2004__
      Monthly salary or wages: __$1000/month (approx)__
      Name and address of last employer: __Garcia Roofing__
      __Garden Prairie, IL__

   b. Are you married?    ☒Yes    ☐No
      Spouse's monthly salary or wages: __n/a__
      Name and address of employer: __n/a__

3. Apart from your income stated above in response to Question 2, in the past twelve months have you or anyone else living at the same residence received more than $200 from any of the following sources? *Mark an X in either "Yes" or "No", and then check all boxes that apply in each category.*

   a. Salary or wages    ☐Yes    ☒No
      Amount _____ Received by _____

    b.    ☐ Business, ☐ profession or ☐ other self-employment    ☐Yes    ☒No
Amount_____ Received by_____

    c.    ☐ Rent payments, ☐ interest or ☐ dividends    ☐Yes    ☒No
Amount_____ Received by_____

    d.    ☐ Pensions, ☐ social security, ☐ annuities, ☐ life insurance, ☐ disability, ☐ workers' compensation, ☐ unemployment, ☐ welfare, ☐ alimony or maintenance or ☐ child support
                                                                                                                                                                 ☐Yes    ☒No
Amount_____ Received by_____

    e.    ☐ Gifts or ☐ inheritances    ☐Yes    ☒No
Amount_____ Received by_____

    f.    ☐Any other sources (state source:_____)    ☐Yes    ☒No
Amount_____ Received by_____

4. Do you or anyone else living at the same residence have more than $200 in cash or checking or savings accounts?     ☐Yes    ☒No    Total amount:_____
In whose name held:_____ Relationship to you:_____

5. Do you or anyone else living at the same residence own any stocks, bonds, securities or other financial instruments?     ☐Yes    ☒No
Property:_____ Current Value:_____
In whose name held:_____ Relationship to you:_____

6. Do you or anyone else living at the same residence own any real estate (houses, apartments, condominiums, cooperatives, two-flats, three-flats, etc.)?     ☐Yes    ☒No
Address of property:_____
Type of property:_____ Current value:_____
In whose name held:_____ Relationship to you:_____
Amount of monthly mortgage or loan payments:_____
Name of person making payments:_____

7. Do you or anyone else living at the same residence own any automobiles, boats, trailers, mobile homes or other items of personal property with a current market value of more than $1000?
                                                                                                                                                       ☐Yes    ☒No
Property:_____
Current value:_____
In whose name held:_____ Relationship to you:_____

8. List the persons <u>who are dependent on you for support</u>, state your relationship to each person and indicate how much you contribute monthly to their support. If none, check here ☒No dependents
_____
_____

-2-

I declare under penalty of perjury that the above information is true and correct. I understand that pursuant to 28 U.S.C. § 1915(e)(2)(A), the court shall dismiss this case at any time if the court determines that my allegation of poverty is untrue.

Date: 03-13-2008

*Domigo Cueto Estrada*
(Signature of Applicant)

DOMINGO CUETO ESTRADA
(Print Name)

---

**NOTICE TO PRISONERS:** A prisoner must also attach a statement certified by the appropriate institutional officer or officers showing all receipts, expenditures and balances during the last six months in the prisoner's prison or jail trust fund accounts. Because the law requires information as to such accounts covering a full six months before you have filed your lawsuit, you must attach a sheet covering transactions in your own account--prepared by each institution where you have been in custody during that six-month period--and you must also have the Certificate below completed by an authorized officer at each institution.

**CERTIFICATE**
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant named herein, DOMINGO CUETO-ESTRADA, I.D.# 50657, has the sum of $ 15.00 on account to his/her credit at (name of institution) MCHENRY COUNTY CORRECTIONAL FACILITY
I further certify that the applicant has the following securities to his/her credit: 0. I further certify that during the past six months the applicant's average monthly deposit was $ 15.32 for SIX MONTHS. (Add all deposits from all sources and then divide by number of months).

03/13/08
DATE

OFC. J. Lumpp #1177
SIGNATURE OF AUTHORIZED OFFICER

OFC. J. LUMPP
(Print name)

rev. 10/10/2007

-3-

**Account Activity Ledger**

From : 09/01/2007    To : 03/13/2008

Date : 03/13/2008
Time : 13:48

| Comment | Trx Date | Time | Batch /Inv # | Trx # | Trx Type | Invoice | Deposit | Withdrawal | Balance Forward |
|---|---|---|---|---|---|---|---|---|---|
| ID 50657 | Name CUETO-ESTRADA, DOMINGO | | | Block 51 | 125L | | Previous Balance | | 0.00 |
| | 10/02/2007 | 14:43 | B#27996 | 90217 | D | | 37.24 | | 37.24 |
| | 10/02/2007 | 14:43 | B#27997 | 90219 | D | | 14.50 | | 51.74 |
| Sales Transaction | 10/09/2007 | 15:24 | I#12037 | | I | 19.10 | | | 32.64 |
| Sales Transaction | 10/23/2007 | 15:12 | I#12434 | | I | 9.70 | | | 22.94 |
| Angel Fuentes | 11/07/2007 | 01:46 | B#30582 | 99971 | D | | 15.00 | | 37.94 |
| Sales Transaction | 11/13/2007 | 08:42 | I#13283 | | I | 12.70 | | | 25.24 |
| Sales Transaction | 12/04/2007 | 08:39 | I#13971 | | I | 6.80 | | | 18.44 |
| Sales Transaction | 12/18/2007 | 09:57 | I#14410 | | I | 8.55 | | | 9.89 |
| warren | 01/02/2008 | 09:16 | B#34225 | 113079 | D | | 10.00 | | 19.89 |
| Sales Transaction | 01/09/2008 | 08:10 | I#15098 | | I | 10.70 | | | 9.19 |
| Sales Transaction | 02/11/2008 | 10:50 | I#16602 | | I | 9.00 | | | 0.19 |
| Released 02/12/2008 | 02/12/2008 | 23:14 | B#37127 | 123900 | W | | | -0.19 | 0.00 |
| INTAKE | 02/13/2008 | 16:11 | B#37158 | 124015 | D | | 0.19 | | 0.19 |
| Indigent | 02/18/2008 | 02:10 | B#37506 | 125094 | W | | | -0.19 | 0.00 |
| angel fuentes | 02/20/2008 | 00:04 | B#37621 | 125463 | D | | 15.00 | | 15.00 |

          Deposits    6  For $    91.93
          Withdraws   2  For $    -0.38
          Invoices    7  For $    76.55

Page :    1