## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50042 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Estrada vs. Dorochoff, et al. | | |

**DOCKET ENTRY TEXT:**

The court dismisses this cause in its entirety for lack of jurisdiction as the court of appeals has exclusive jurisdiction over challenges to administrative removal orders.  See Padilla v. Gonzalez, 470 F.3d 1209, 1213 (7th Cir. 2006).

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|