# United States District Court
## Northern District of Illinois
### Western Division

Domingo Cueto Estrada                **JUDGMENT IN A CIVIL CASE**

        v.                                    Case Number: 08 C 50042

Ruth Dorochoff et al

☐    Jury Verdict. This action came before the Court for a trial by jury. The issues have been tried and the jury rendered its verdict.

■    Decision by Court. This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court dismisses this cause in its entirety for lack of jurisdiction as the court of appeals has exclusive jurisdiction over challenges to administrative removal orders. See <u>Padilla v. Gonzalez</u>, 470 F.3d 1209, 1213 (7th Cir. 2006).

                                              Michael W. Dobbins, Clerk of Court

Date: 5/7/2008

                                            /s/ Jennifer Titak, Deputy Clerk