UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Domingo Cueto Estrada,<br><br>　　　　Plaintiff,<br>v.<br><br>Ruth Dorochoff, Chicago District Director,<br>U.S. Citizenship and Immigration Services;<br>Michael Chertoff, Secretary,<br>Department of Homeland Security; and<br>Emilio T. Gonzales, Director,<br>U.S. Citizenship and Immigration Services,<br><br>　　　　Defendants. | Notice of Appeal<br><br>Case No.  08 C 50042 |

### NOTICE OF APPEAL

Notice is hereby given that Domingo Cueto Estrada, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order dated May 7, 2008, which dismisses Plaintiff's Complaint for lack of jurisdiction.

Respectfully submitted,

_/s/ Melville W. Washburn_
Melville W. Washburn
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois  60603
(312) 853-2070
Counsel for Petitioner
Domingo Cueto Estrada

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Appeal to be served by overnight courier on May 15, 2008.

Michael Chertoff
U.S. Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528

Emilio Gonzales
USCIS Office of the General Counsel
United States Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528

U.S. Citizenship and Immigration Services
Office of the General Counsel
United States Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528

Attorney General Michael Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

John McKenzie
Assistant United States Attorney, Northern District of Illinois
308 W. State
Room 300
Rockford, Illinois 61101

Ruth Dorochoff
Chicago District Director, U.S. Citizenship and Immigration Services
c/o Debra Gordon, CIS Local Area Counsel
230 S. Dearborn St., 23rd Floor
Chicago, IL 60604

Melville W. Washburn