UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Domingo Cueto Estrada, ) <br> ) <br> Plaintiff, ) <br> v. ) <br> ) <br> ) <br> Ruth Dorochoff, Chicago District Director, ) <br> U.S. Citizenship and Immigration Services; ) <br> Michael Chertoff, Secretary, ) <br> Department of Homeland Security; and ) <br> Emilio T. Gonzales, Director, ) <br> U.S. Citizenship and Immigration Services, ) <br> ) <br> Defendants. ) | Notice of Appeal <br><br> Case No. 08 C 50042 |

## NOTICE OF APPEAL

Notice is hereby given that Domingo Cueto Estrada, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Seventh Circuit from the Order dated May 7, 2008, which dismisses Plaintiff's Complaint for lack of jurisdiction.

Respectfully submitted,

*/s/ Melville W. Washburn*

Melville W. Washburn
SIDLEY AUSTIN LLP
One South Dearborn Street
Chicago, Illinois 60603
(312) 853-2070
Counsel for Petitioner
Domingo Cueto Estrada

## CERTIFICATE OF SERVICE

I hereby certify that I caused a copy of the foregoing Notice of Appeal to be served by overnight courier on May 15, 2008.

Michael Chertoff
U.S. Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528

Emilio Gonzales
USCIS Office of the General Counsel
United States Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528

U.S. Citizenship and Immigration Services
Office of the General Counsel
United States Department of Homeland Security
245 Murray Lane, SW
Washington, DC 20528

Attorney General Michael Mukasey
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, DC 20530-0001

John McKenzie
Assistant United States Attorney, Northern District of Illinois
308 W. State
Room 300
Rockford, Illinois 61101

Ruth Dorochoff
Chicago District Director, U.S. Citizenship and Immigration Services
c/o Debra Gordon, CIS Local Area Counsel
230 S. Dearborn St., 23rd Floor
Chicago, IL 60604

Melville W. Washburn

# SEVENTH CIRCUIT COURT OF APPEALS INFORMATION SHEET

Include the names of all plaintiffs (petitioners) and defendants (respondents) who are parties to the appeal. Use a separate sheet if needed.

NORTHERN DISTRICT OF ILLINOIS EASTERN DIVISION DOCKET NUMBER: 08cv50042

| PLAINTIFF (Petitioner) | v. | DEFENDANT (Respondent) |
|---|---|---|
| Domingo Cueto Estrada (Appellant) | | Ruth Dorochoff et al |

(Use separate sheet for additional counsel)

| PETITIONER'S COUNSEL | | RESPONDENT'S COUNSEL | |
|---|---|---|---|
| Name | Melville Willis Washburn | Name | None Of Record |
| Firm | Sidley Austin LLP | Firm | |
| Address | One South Dearborn Street, Chicago, IL 60603 | Address | |
| Phone | (312) 853-7000 | Phone | |

| Other Information | | | |
|---|---|---|---|
| District Judge | Philip G. Reinhard | Date Filed in District Court | 3/14/2008 |
| Court Reporter | Mary Lindbloom | Date of Judgment | 5/7/2008 |
| Nature of Suit Code | 890 | Date of Notice of Appeal | 5/15/2008 |

COUNSEL:   Appointed [ ]   Retained [x]   Pro Se [ ]

FEE STATUS:   Paid [x]   Due [ ]   IFP [ ]

IFP Pending [ ]   U.S. [ ]   Waived [ ]

Has Docketing Statement been filed with the District Court Clerk's Office?   Yes [ ]   No [x]

If State/Federal Habeas Corpus (28 USC 2254/28 USC 2255), was Certificate of Appealability:

Granted [ ]   Denied [ ]   Pending [ ]

If Certificate of Appealability was granted or denied, date of order: _____

If defendant is in federal custody, please provide U.S. Marshall number (USM#): _____

**IMPORTANT: THIS FORM IS TO ACCOMPANY THE SHORT RECORD SENT TO THE CLERK OF THE U.S. COURT OF APPEALS PURSUANT TO CIRCUIT RULE 3(A).   Rev 04/01**

# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Philip G. Reinhard | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 50042 | **DATE** | 5/7/2008 |
| **CASE TITLE** | Estrada vs. Dorochoff, et al. | | |

**DOCKET ENTRY TEXT:**

The court dismisses this cause in its entirety for lack of jurisdiction as the court of appeals has exclusive jurisdiction over challenges to administrative removal orders. See <u>Padilla v. Gonzalez</u>, 470 F.3d 1209, 1213 (7th Cir. 2006).

*Philip G. Reinhard*

Electronic Notices.

| | Courtroom Deputy Initials: | /SEC |
|---|---|---|

# United States District Court
## Northern District of Illinois
**Western Division**

Domingo Cueto Estrada                                **JUDGMENT IN A CIVIL CASE**

         v.                                                                  Case Number: 08 C 50042

Ruth Dorochoff et al

☐     Jury Verdict.  This action came before the Court for a trial by jury.  The issues have been tried and the jury rendered its verdict.

■     Decision by Court.  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED that the court dismisses this cause in its entirety for lack of jurisdiction as the court of appeals has exclusive jurisdiction over challenges to administrative removal orders. See Padilla v. Gonzalez, 470 F.3d 1209, 1213 (7th Cir. 2006).

                                                      Michael W. Dobbins, Clerk of Court

Date: 5/7/2008

                                                      /s/ Jennifer Titak, Deputy Clerk

' LIVE, Ver 3.1.3 - U.S. District Court, Northern Illinois    https://ecf.ilnd.circ7.dcn/cgi-bin/DktRpt.pl?727307893070624-L_950_0-1

Case 3:08-cv-50042   Document 8   Filed 05/16/2008   Page 6 of 7

APPEAL, MAHONEY, TERMED

# United States District Court
# Northern District of Illinois - CM/ECF LIVE, Ver 3.1.3 (Rockford)
# CIVIL DOCKET FOR CASE #: 3:08-cv-50042
# Internal Use Only

Cueto Estrada v. Dorochoff et al  
Assigned to: Honorable Philip G. Reinhard  
Referred to: Honorable P. Michael Mahoney  
Cause: 28:1331 Federal Question

Date Filed: 03/14/2008  
Date Terminated: 05/07/2008  
Jury Demand: None  
Nature of Suit: 890 Other Statutory Actions  
Jurisdiction: U.S. Government Defendant

**Plaintiff**

**Domingo Cueto Estrada**   represented by **Melville Willis Washburn**
Sidley Austin LLP
One South Dearborn Street
Chicago, IL 60603
(312) 853-7000
Email: mwashburn@sidley.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Ruth Dorochoff**
*Chicago District Director, U.S. Citizenship and Immigration Services*

**Defendant**

**Michael Chertoff**
*Secretary, Department of Homeland Security*

**Defendant**

**Emilio T Gonzales**
*Director, U.S. Citizenship and Immigration Services*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/14/2008 | 1 | RECEIVED Complaint by Domingo Cueto Estrada (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit)(jat, ) (Entered: 03/14/2008) |

| | | |
|---|---|---|
| 03/14/2008 | 2 | CIVIL Cover Sheet (jat, ) (Entered: 03/14/2008) |
| 03/14/2008 | 3 | ATTORNEY Appearance for Plaintiff Domingo Cueto Estrada by Melville Willis Washburn (jat, ) (Entered: 03/14/2008) |
| 03/14/2008 | 4 | MOTION by Plaintiff Domingo Cueto Estrada for leave to proceed in forma pauperis (jat, ) (Entered: 03/14/2008) |
| 03/14/2008 |  | THIS matter is referred to the Hon. P. Michael Mahoney pursuant to Internal Operating Procedure 11(d) (jat, ) (Entered: 03/14/2008) |
| 05/07/2008 | 5 | MINUTE entry before Judge Philip G. Reinhard:Civil case terminated.: The court dismisses this cause in its entirety for lack of jurisdiction as the court of appeals has exclusive jurisdiction over challenges to administrative removal orders. See Padilla v. Gonzalez, 470 F.3d 1209, 1213 (7th Cir. 2006). Electronic notice (jat, ) (Entered: 05/07/2008) |
| 05/07/2008 | 6 | ENTERED JUDGMENT Signed by Court Clerk for Judge Philip G. Reinhard on 5/7/2008:(jat, ) (Entered: 05/07/2008) |
| 05/15/2008 | 7 | NOTICE of appeal by Domingo Cueto Estrada regarding orders 5 Filing fee $ 455, receipt number 07520000000002781881. (Washburn, Melville) (Entered: 05/15/2008) |