

MAY 2 0 2008

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



| | |
|---|---|
| Dirksen Federal Building<br>Room 2722 - 219 S. Dearborn Street<br>Chicago, Illinois 60604 | Office of the Clerk<br>Phone: (312) 435-5850<br>www.ca7.uscourts.gov |

## NOTICE OF DOCKETING - Short Form

May 16, 2008

The below captioned appeal has been docketed in the United States Court of Appeals for the Seventh Circuit:

Appellate Case No: 08-2218

Caption:
DOMINGO CUETO ESTRADA,
Plaintiff - Appellant

v.

RUTH DOROCHOFF, Chicago District Director, U.S. Citizenship and Immigration Services, MICHAEL CHERTOFF, Secretary, Department of Homeland Security, and EMILIO T. GONZALES, Director, U.S. Citizenship and Immigration Services,
Defendants - Appellees

District Court No: 3:08-cv-50042
Court Reporter Mary Lindbloom
Clerk/Agency Rep Michael Dobbins
District Judge Philip Reinhard

Date NOA filed in District Court: 05/15/2008